PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                                              CASE NO.: 22-40421-ELM-13

**DIANNE LOUISE DORMAN**
    100 ASCOT DR
    SOUTHLAKE, TX 76092
    SSN/TIN: XXX-XX-0339

**DEBTOR**                                                              **HEARING: OCTOBER 6, 2022 at 8:30 AM**

### NOTICE OF CONTINUED HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

A previously scheduled hearing for this matter has been continued.

                                                 Respectfully submitted,

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright

DIANNE LOUISE DORMAN
100 ASCOT DR
**BAD ADDRESS - DO NOT MAIL**