Warren Norred, Texas State Bar No. 24045094
Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Dianne Dorman** | **Case No. 22-40421-elm** |
| **Debtor.** | **Chapter 13** |

## DEBTOR'S AMENDED AGREED MOTION FOR SUBSTITUTION OF COUNSEL

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**NOW COMES**, Dianne Dorman ("Debtor"), and files this, her Amended Motion for Substitution of Counsel ("Motion"), and in support states:

1. Nicholas C. Inman and James M. Morrison of Allmand Law Firm, PLLC filed a voluntary petition on behalf of Debtor under Chapter 13 of Title 11 of the United States Code on February 28, 2022.

2. Debtor wishes to substitute Clayton L. Everett as her attorney of record in this case and terminate Inman's and Morrison's representation and involvement in this case.

3. Everett has no connections with the Debtor, creditors, or any other party in interest.

4. Everett represents no interest adverse to the Debtor, and his retention and employment would be in the best interests of the Debtor and her estate.

**WHEREFORE, PREMISES CONSIDERED**, Debtor Dorman prays that this Court allow Clayton L. Everett to substitute into this bankruptcy proceeding as her attorney of record and further record the withdraw of Inman and Morrison in this case.

October 18, 2022.                               Respectfully submitted,

                                                NORRED LAW, PLLC

                                                By: /s/ Clayton L. Everett
                                                Clayton L. Everett
                                                Texas State Bar No. 24065212
                                                clayton@norredlaw.com
                                                515 E. Border Street
                                                Arlington, Texas 76010
                                                Telephone: (817) 704-3984
                                                Counsel for Debtor


AGREED:

                                                Dianne Dorman


CERTIFICATE OF CONFERENCE – I spoke with Mr. Morrison of Allmand Law, PLLC, on this
matter, who expressed no opposition to this substitution.

                                                /s/Clayton L. Everett
                                                Clayton L. Everett

CERTIFICATE OF SERVICE – I certify that on October 18, 2022, a true and correct copy of the
foregoing document was served to all parties receiving notice electronically in this case via the
CM/ECF system.

                                                /s/Clayton L. Everett
                                                Clayton L. Everett